UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| **HELENE L. ANDERSON** ) | |
| xxx-xx-6698 ) | Case No.: 20-80234-CRJ-13 |
| ) | Chapter 13 |
| **Debtor(s)** ) | |

## MOTION FOR APPROVAL OF SETTLEMENT

**COMES NOW** Helene L. Anderson, the above captioned Debtor, by and through her undersigned attorneys, Ronald C. Sykstus & Davd J. Philipps, and respectfully represents:

1. On September 18, 2020, Applications were approved to employ Ronald C. Sykstus and David J. Philipps of Philipps and Phillips, ltd. as special litigation counsel to pursue a Fair Debt Collection Practices Act ("FDCPA") claim filed by the debtor.

2. The Parties to the claim have reached a confidential settlement agreement with Defendant[1] in which all issues in the claim will be resolved. Special Litigation Counsel recommends to the Court that the settlement be approved.

3. The proceeds of the settlement will be distributed as follows:

---

[1] The terms of settlement expressly provide for confidentiality. However, the settlement agreement provides that the Debtor may disclose the terms of the settlement for the purpose of obtaining approval from the Bankruptcy Administrator, Trustee and Bankruptcy Court.

a. To the Debtor, Helene L. Anderson, the sum of $1,000.00. The $1,000.00 is claimed as exempt property on Schedule C.

b. To Ronald C. Sykstus for fees the sum of $1,020.00 pursuant to the fee shifting provisions of the FDCPA; and

c. To David J. Philipps of Philipps & Philipps, ltd., for fees the sum of $2,930.00 pursuant to the fee shifting provisions of the FDCPA.

4. As a separate pleading, Special Litigation Counsel have filed Motions for Approval of Attorney's Fees, which requests their attorney's fees and expenses described above be approved and paid out of the amount received from the Defendants.

WHEREFORE, the Debtor, by and through her undersigned Special Litigation Counsel, requests that this Court approve the settlement of the pending claim under the terms set forth above.

Respectfully submitted this 3rd day of November, 2020.

/s/*Ronald C. Sykstus* Esq.
Plaintiff's Attorney

/s/*David J. Philipps* Esq.
Plaintiff's Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the persons or entities set forth below:

Defendant:
CBHV
PO Box 831
Newburg, NY 12551-0831

Plaintiff/Debtor
HELENE L. ANDERSON
1230 Shaw Rd
Leighton, AL 35646-3130

Plaintiff's Attorney:
David J. Philipps
9760 S. Roberts Rd. Suite 1,
Palos Hills, Illinois 60465

Plaintiff's Attorney:
Ronald C. Sykstus
225 Pratt Ave. NE
Huntsville, AL 35801

Richard Blythe, Esq.
Bankruptcy Administrator
U.S. Courthouse and Post Office
400 Wells Street
Decatur, AL 35602

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602


and all persons and entities listed on the clerk's mailing matrix by depositing same in the United States mail, postage prepaid, this 3rd day of November 2020.

/s/*Ronald C. Sykstus* Esq.

/s/David J. Philipps Esq.